PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:24-po-00113-CDB |
| Plaintiff, | [Citations #7897510, CA14; #7897513, CA14] |
| v. | |
| ISAIAH KELLEY, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citations #7897510, CA14; #7897513, CA14] in Case No. 5:24-po-00113-CDB against ISAIAH KELLEY, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 31, 2024                             Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                        By:     /s/ *Chan Hee Chu*
                                                CHAN HEE CHU
                                                Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America pursuant to Ruel 48(a), Fed. R. Crim. P., that Citations #7897510, CA14 and #7897513, CA14 in Case No. 5:24-po-00113-CDB against ISAIAH KELLEY be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **May 31, 2024**

UNITED STATES MAGISTRATE JUDGE